## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## BIG STONE GAP DIVISION

| | |
|---|---|
| YVONNE L. CLIFTON, | ) |
| o/b/o D.R.G., | ) |
| | ) Civil Action No. 2:05-cv-00032 |
| **Plaintiff** | ) |
| | ) **O R D E R** |
| **v.** | ) |
| | ) By: Glen M. Williams |
| JO ANNE B. BARNHART, | ) Sr. U. S. District Judge |
| Commissioner of Social | ) |
| Security, | ) |
| | ) |
| **Defendant** | ) |

This case was referred pursuant to the Honorable Pamela Meade Sargent, United States Magistrate Judge, pursuant to 28 U.S.C. §636(b)(1)(B). The Magistrate Judge has filed a report recommending that the Commissioner's Motion for Summary Judgment be granted. No objections to the Report and Recommendation have been filed. It is accordingly

### ADJUDGED AND ORDERED

that the plaintiff's motion for summary judgment is hereby DENIED; the Commissioner's Motion for Summary Judgment shall be and is hereby GRANTED and the final decision of the Commissioner denying the plaintiff's claim for supplemental security income benefits is AFFIRMED.

The Clerk is directed to certify copies of this Order to all counsel of record.  This case is stricken from the docket.

ENTER:    This 9th day of May, 2006.


s/ Glen M. Williams
Sr. United States District Judge